# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES LACONIA DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-617-SLP |
| FBI, et al., | ) ) ) |
| Defendants. | ) ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered July 27, 2018 [Doc. No. 9]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of August, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE